AMERICAN UNION TRANSPORT, Inc., Plaintiff-Appellant,

v.

RIVER PLATE & BRAZIL CONFERENCES et al., Defendants-Appellees,

Federal Maritime Board, Intervenor-Appellee.

No. 267, Docket 23457.

United States Court of Appeals Second Circuit.

Argued May 4, 1955.

Decided May 18, 1955.

George F. Galland, Washington, D. C. (Robert N. Kharasch, of Galland & Kharasch, Washington, D. C., on the brief), for plaintiff-appellant.

Louis J. Gusmano, New York City (Kirlin, Campbell & Keating, New York City, on the brief), for defendants-appellees.

James L. Pimper, Asst. Gen. Counsel, Federal Maritime Board, Washington, D. C. (Elmer E. Metz, Acting Gen. Counsel, John Mason, Chief, Regulations Branch, and John B. Beach, Atty., Federal Maritime Board, Washington, D. C., on the brief), for intervenor-appellee.

Before CLARK, Chief Judge, MEDINA, Circuit Judge, and DIMOCK, District Judge.

PER CURIAM.

Affirmed on the opinion of District Judge Edelstein, D.C.S.D.N.Y., 126 F. Supp. 91.